# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-712
Lower Tribunal Nos. F10-23718C, F12-29486, F14-16672F, and F14-16677B

_____

**Luis Hernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Luis Hernandez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Eady v. State, 273 So. 3d 97, 97 (Fla. 3d DCA 2019) ("Concurrent sentences do not necessarily begin at the same time, and unless they are ordered to be coterminous, they will expire on different dates.") (quoting Llerena v. State, 953 So. 2d 31, 33 (Fla. 3d DCA 2007)).